[No. 3214–1–III.   Division Three.   January 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GORDON BENJAMIN BEADELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26606, William J. Grant, J., entered December 5, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 3047–4–III.   Division Three.   January 24, 1980.]

JOHN DIXON, *Appellant,* v. JOSEPH MUNGER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 242919, Del Cary Smith, Jr., J., entered August 16, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson and McInturff, JJ.

[No. 3086–5–III.   Division Three.   January 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD JOSEPH PROVOST, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26316, Donald N. Olson, J., entered August 23, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 6751–6–I.   Division One.   January 28, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY LEE JENKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85565, James J. Dore, J., entered July 13, 1978. *Remanded* by unpublished per curiam opinion.